### Case No. 4,524.

In re ERWIN et al.

[3 N. B. R. 580 (Quarto, 142).][1]

District Court, S. D. Georgia. Feb. 1, 1870.

[1] [Reprinted by permission.]

ERSKINE, District Judge. After a careful consideration of the question submitted and the ruling of the register, I am clearly of the opinion that there should be a pro rata distribution, and therefore affirm the decision of Mr. Register Hesseltine. The clerk will please certify this to Mr. Hesseltine.